Nina Huerta  (SBN: 229070)
nhuerta@lockelord.com
Eric A. Herzog (SBN: 229066)
Eric.Herzog@lockelord.com
Jonevin Sabado (SBN: 305933)
Jonevin.Sabado@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  (213) 485-1500
Fax:  (213) 485-1200

Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
LOCKE LORD LLP
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone:  (415) 318-8810
Fax:  (415) 676-5816

Attorneys for Defendants
FARMERS INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE and TRUCK INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUFFULO and VALERIE YANKUS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS GROUP INC., TRUCK INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, and DOES 1 through 10 inclusive | Case No. 2:23-cv-01796-FMO-MAAx<br><br>**DECLARATION OF REGINA J. MCCLENDON IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Date:　　May 9, 2024<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 6D |

136939791v.1

DECLARATION OF REGINA J. MCCLENDON

Defendants.   )
)
)

I, Regina J. McClendon, declare and state as follows:

1. I am an attorney licensed to practice before all courts of the State of California. I am an attorney at the law firm of Locke Lord LLP, counsel for Defendants Farmers Insurance Exchange, Truck Insurance Exchange, and Fire Insurance Exchange in this matter. The matters set forth herein are within my personal knowledge and, if called as a witness, I could and would testify competently as to those facts under penalty of perjury.

2. On March 25, 2024, Defendants (including Farmers Group, Inc., which is represented by Tharpe & Howell, LLP) sent a meet and confer to Plaintiffs' counsel setting forth the grounds for Defendants' planned motion to dismiss. The letter also attached a draft of Defendants' planned motion to dismiss. A true and correct copy of this letter is attached hereto as Exhibit 1.

3. On March 25, 2024, I attended a videoconference to further discuss the grounds for Defendants' motion to dismiss. The attendees on the call were Seth Lesser and Sarah Sears for the Plaintiffs; Frank Magnanimo for defendant Farmers Group, Inc.; and me, for the remaining defendants, Farmers Insurance Exchange, Fire Insurance Exchange, and Truck Insurance Exchange. We were not able to reach an agreement regarding Defendants' planned motion to dismiss the third amended complaint for failure to state a claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 1, 2024.

/s/ *Regina J. McClendon*
Regina J. McClendon

**Locke Lord LLP**
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071

136939791v.1