# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1796 FMO (MAAx) | Date | October 9, 2025 |
|---|---|---|---|
| Title | James Ruffulo, et al. v. Farmers Insurance Exchange, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | Miriam Baird | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff(s):  Attorney Present for Defendant(s):

Seth R. Lesser  Nina Huerta
Erik Dos Santos

**Proceedings:** Plaintiffs' Motion for Preliminary Approval of Collective and Class Action Settlement [106]

The court and counsel confer regarding the pending motion.

No later than **October 20, 2025**, the parties shall, as discussed on the record, submit revised class notices and if, necessary, a revised settlement agreement, in support of the pending motion.

The motion will be deemed under submission upon the filing of the class notices.

IT IS SO ORDERED.

|  | 00 : 20 |
|---|---|
| Initials of Preparer | vdr |