UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUFFULO and VALERIE YANKUS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS GROUP INC., TRUCK INSURANCE EXCHANGE, FIRE INSURANCE EXCHANGE, and DOES 1 through 10 inclusive<br><br>          Defendants. | Case No. 2:23-cv-01796-FMO-MAAx<br><br>Complaint filed: March 9, 2023 |

## DECLARATION OF SETH R. LESSER

I, SETH R. LESSER, declare under the penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

    1.    I have been admitted *pro hac vice* in this action and am a member of a number of federal courts. I am also admitted to practice in the States of New York, New Jersey, and Washington, D.C. I am a partner at Klafter Lesser LLP and am counsel for Plaintiffs James Ruffulo and Valerie Yankus (collectively, "Plaintiffs").

    2.    On October 9, 2025, at the preliminary approval hearing of Plaintiffs' Motion for Preliminary Approval of Collective and Class Action Settlement and subsequent First Addendum to the Class Action Settlement and Release Agreement (ECF Doc. 106-108), the Court instructed Plaintiff and Defendants Farmers Insurance Exchange, Farmers Group Inc., Truck Insurance Exchange, and Fire Insurance Exchange ("Defendants," together with Plaintiff, the "Parties") to submit revised class notices and if, necessary, a revised settlement agreement to address the Court's concerns.

3.  The Parties met and conferred and have amended the class notices and settlement agreement to address what was discussed at the hearing.

4.  Accordingly, the Parties jointly submit the Second Addendum to Class Action Settlement and Release Agreement and attending exhibits filed herewith.

5.  Due to the nationwide Amazon Web Services outage on October 20, 2025, Plaintiffs were unable to obtain the signature of Plaintiff Yankus but will supplement this filing immediately upon receipt of signature.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of October 2025, in Rye Brook, New York

_____
Seth R. Lesser